BULLARD *v.* SOUTHERN RAILWAY COMPANY.

FISH, J. 1. There was no error in excluding evidence.
2. The facts of this case clearly bring it within the principle announced in *Briscoe* v. *Southern Railway Co.,* 103 *Ga.* 224, and consequently there was no error in granting a nonsuit.

*Judgment affirmed. All the Justices concurring.*

Argued December 11, 1899.— Decided January 30, 1900.

Action for damages. Before Judge Reid. City court of Atlanta. March term, 1899.

*F. Roland Alston* and *Westmoreland Brothers,* for plaintiff.
*Dorsey, Brewster* & *Howell* and *Sanders McDaniel,* for de: fendant.